STATE of Missouri, Respondent,

v.

Lapasha Ray WILSON, Appellant.

No. WD 75128.

Missouri Court of Appeals,
Western District.

Oct. 15, 2013.

S. Kate Webber, Kansas City, MO, for Appellant.

Todd Smith, Jefferson City, MO, for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., LISA WHITE HARDWICK, and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Lepasha Ray Wilson appeals the circuit court's judgment convicting him of three counts of delivery of a controlled substance. We affirm. Rule 30.25(b).

---

Derrick SMITH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75810.

Missouri Court of Appeals,
Western District.

Oct. 15, 2013.

Susan Hogan, Kansas City, MO, for Appellant.

Karen Kramer, Jefferson City, MO, for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., LISA WHITE HARDWICK, and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Derrick C. Smith appeals the circuit court's judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).